**Raymond BATTEN, Appellant, v. UNITED STATES of America, Appellee.**

No. 10891.

Circuit Court of Appeals, Ninth Circuit.

Oct. 11, 1944.

George Stahlman and James B. Salem, both of Los Angeles, Cal., for appellant.

Charles H. Carr, U. S. Atty., and James M. Carter and Ernest A. Tolin, Asst. U. S. Attys., all of Los Angeles, Cal, for appellee.

Before WILBUR, DENMAN, and STEPHENS, Circuit Judges.

PER CURIAM.

On consideration of the stipulation of counsel for respective parties, ordered appeal herein dismissed, that a judgment be filed and entered accordingly, and that the mandate of this Court in this cause issue forthwith.

**W. R. BREWER, Appellant, v. SECURITIES AND EXCHANGE COMMISSION, Appellee.**

No. 10812.

Circuit Court of Appeals, Ninth Circuit.

Oct. 31, 1944.

Arthur C. Fisher, of Los Angeles, Cal., for appellant.

Roger S. Foster, Sol., Milton V. Freeman, Asst. Sol., and Alfred Hill, Atty., Securities and Exchange Commission, all of Philadelphia, Pa., and G. M. Cuthbertson, Atty., S. E. C., of Los Angeles, Cal., for appellee.

Before WILBUR, DENMAN, and STEPHENS, Circuit Judges.

PER CURIAM.

The motion to affirm is granted upon authority of Woolley v. United States, 9 Cir., 97 F.2d 258, and Penfield Company of California v. Securities and Exchange Commission, 9 Cir., 143 F.2d 746.

**John Boyce DAVIS, Appellant, v. James A. JOHNSTON, Warden, United States Penitentiary, Alcatraz, California, Appellee.**

No. 10845.

Circuit Court of Appeals, Ninth Circuit.

Oct. 2, 1944.

See also 144 F.2d 859.

John Boyce Davis, in propria persona, for appellant.

Frank J. Hennessy, U. S. Atty., of San Francisco, Cal., for appellee.

Before GARRECHT and DENMAN, Circuit Judges.

PER CURIAM.

Upon consideration of the motion of appellant to dismiss appeal herein and good cause therefor appearing, it is ordered that the motion to dismiss be and hereby is granted, that the appeal herein be dismissed, that a decree be filed and entered accordingly and the mandate of this court issue forthwith.